IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| T-4 CORPORATION, | CV 17–08–M–DLC |
| Plaintiff, | |
| v. | ORDER |
| MCDONALD'S CORPORATION, LEO BURNETT COMPANY, INC., PUBLICIS GROUPE, and DOES 1 through 10, | |
| Defendants. | |

Defendants McDonald's Corporation, Leo Burnett Company, Inc. and Publicis Groupe move for the admission of Jaya Kasibhatla and Lacy H. Koonce III to practice before this Court in this case with Kevin Twidwell of Kaleva Law Offices to act as local counsel. The applications appear to be in order.

Accordingly, IT IS ORDERED that Defendants' motions to admit Jaya Kasibhatla and Lacy H. Koonce III *pro hac vice* (Docs. 8, 9) are GRANTED on the condition that Ms. Kasibhatla does her own work and Mr. Koonce does his on work. This means that they must: (1) do their own writing; (2) sign their own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF).

Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Kasibhatla and Mr. Koonce within fifteen (15) days of this Order, file a separate pleading acknowledging their admission under the terms set forth above.

DATED this 17th day of March, 2017.

Dana L. Christensen, Chief Judge
United States District Court