Terry Wallace
P.O. box 5566
Missoula, MT 59806
Telephone: (720) 207-8105
email: twallace23@yahoo.com
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

T-4 CORPORATION,

        Plaintiff,                             Case No. CV 17-08-M-DLC

-vs-

McDONALDS CORPORATION,
LEO BURNETT COMPANY, INC.,
PUBLICIS GROUPE, and Does 1 through 10.

        Defendants.
_____

NOTICE OF APPEAL
_____

Notice is hereby given that, pursuant to FRAP 4(a)(1)(A), plaintiff T-4 Corporation hereby appeals to the Ninth Circuit Court of Appeals from the district court's July 17, 2017 Order dismissing its complaint.

1

Dated       August 14, 2017.

                                       /s/Terry Wallace
                                       Terry Wallace