FILED

NOV 07 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| T-4 CORPORATION,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>MCDONALD'S CORPORATION; et al.,<br><br>        Defendants-Appellees. | No. 17-35652<br><br>D.C. No. 9:17-cv-00008-DLC<br>District of Montana,<br>Missoula<br><br>ORDER |

    Pursuant to the court's October 30, 2017, order (docket #10), this appeal is deemed dismissed voluntarily in order to give appellant an opportunity to file an amended complaint or notice to the district court that it intends to stand on its original complaint. Fed. R. App. P. 42(b). Dismissal is without prejudice to reinstatement in the event the district court holds that it intended its prior order to be final. Notice of reinstatement must be filed with this court within 28 days of entry of the operative district court decision.

    This order served on the district court shall act as and for the mandate of this court.

                                    FOR THE COURT:

                                    By: Chris Goelz
                                    Circuit Mediator

11/7/17/cg/mediation