IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| T-4 CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MCDONALD'S CORPORATION, LEO BURNETT COMPANY, INC., PUBLICIS GROUPE, and DOES 1 through 10,<br><br>Defendants. | CV 17–08–M–DLC<br><br>ORDER |

Before the Court is the parties' stipulation of dismissal. (Doc. 37.) It appears that there may have been some confusion regarding whether the Court's Order of July 17, 2017, dismissing the Plaintiff's Complaint without prejudice, was intended to be final. Having heard nothing from the Plaintiff in the nearly one year since the Ninth Circuit deemed the Plaintiff's appeal voluntarily dismissed, and having received the parties' stipulation,

IT IS ORDERED that this case remains CLOSED.

DATED this 1st day of November, 2018.

Dana L. Christensen, Chief Judge
United States District Court